IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERRY LAMAR BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-034 |
| | ) | |
| MARY ALSTON, Doctor at Johnson State Prison, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims concerning his testicle and his infantigo are **DISMISSED** without prejudice for failure to exhaust administrative remedies, and Defendants Powell, Sittnick, Ayers, and Lewis are **DISMISSED**.

SO ORDERED this 14th day of October, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE