IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TERRY LAMAR BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 308-034 |
| | ) |
| MARY ALSTON, Doctor at Johnson State Prison, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Motion for a TRO" (doc. no. 21) and Plaintiff's "Motion for Prayer for Relief" (doc. no. 27) are **DENIED**.

SO ORDERED this 3rd day of February, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE