IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TERRY LAMAR BAKER, | ) |
| Plaintiff, | ) |
| v. | ) CV 308-034 |
| MARY ALSTON, Doctor at Johnson State Prison, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss (doc. no. 33) is **GRANTED**, Plaintiff's "Motion for Court to Give or Partition a[n] Expert Witness for Trial" (doc. no. 56) is **MOOT**, and this civil action is **CLOSED**.

SO ORDERED this 10th day of September, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE